# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| Old Republic Insurance Company, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Southwire Company, LLC; )<br>Copperweld Bimetallics, LLC; and )<br>Dave Watson )<br>)<br>Defendants. | Case No.: 3:24-cv-00230-TCB |

## DEFENDANT SOUTHWIRE COMPANY, LLC AND DAVE WATSON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Civil Local Rules of Practice for the United States District Court for the Northern District of Georgia, Defendants Southwire Company, LLC ("Southwire") and Dave Watson submit their certificate of interested persons and corporate disclosure statement as follows:

1. The undersigned counsel of record for Defendants Southwire and Watson certifies that, to the best of our knowledge, the following is a full and complete list of all parties, including proposed intervenors, in this action, including any

parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

>  <u>Defendant Southwire</u>:
>  Southwire Consolidated, LLC
>
>  <u>Defendant Watson</u>:
>  Not applicable

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this case:

>  Not applicable.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in the case:

<u>For Plaintiff</u>:
Tyler Bryant Walker
Paul Fields, Jr.
Fields Howell LLP

<u>For Defendants Southwire and Watson</u>:
Anthony P. Tatum
Alexander M. Bein
McGuireWoods LLP

<u>For Defendant Copperweld Bimetallics</u>:
Unknown

4. The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

    All Members of Southwire are incorporated in Delaware, have their principal place of business in Georgia, and are citizens of Delaware and Georgia. Defendant Watson is an individual and a citizen of Georgia. No entity or member that would be subject to Southwire's Disclosure has its place of incorporation or principal place of business in (or is otherwise a citizen of) either Pennsylvania or Illinois.

    The undersigned reserves the right to amend this disclosure as necessary and appropriate.

Dated: February 4, 2025                                Respectfully submitted,

                                                       **MCGUIREWOODS, LLP**

                                                       */s/ Anthony P. Tatum*
                                                       Anthony P. Tatum
                                                       Georgia Bar No. 306287
                                                       Alexander M. Bein
                                                       Georgia Bar No. 330729
                                                       McGuireWoods LLP
                                                       1075 Peachtree Street, NE, 35th Floor
                                                       Atlanta, Georgia 30309-3900
                                                       (404) 443-5557 (Telephone)
                                                       ttatum@mcguirewoods.com
                                                       abein@mcguirewoods.com
                                                       *Counsel for Southwire Company, LLC and Dave Watson*

# CERTIFICATE OF SERVICE AND
## COMPLIANCE WITH LOCAL RULE 5.1(C)

I HEREBY CERTIFY that on this 4th day of February, 2025, I caused a true and correct copy of the foregoing document to be filed electronically via the CM/ECF system. Counsel(s) of record are registered CM/ECF users and will be served by the CM/ECF System, and via electronic mail at the following addresses:

Tyler Bryant Walker<br>
Fields Howell LLP<br>
twalker@fieldshowell.com

I further certify that the foregoing has been prepared in Times New Roman 14-point font, one of the fonts and point selections approved by the Court in Local Rule 5.1(C).

Dated: February 4, 2025                         /s/ *Anthony P. Tatum*

Anthony P. Tatum
Georgia Bar No. 306287
McGuireWoods LLP
1075 Peachtree Street, NE, 35th Floor
Atlanta, Georgia 30309-3900
(404) 443-5557 (Telephone)
ttatum@mcguirewoods.com
*Counsel for Southwire Company, LLC and Dave Watson*